IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD RAY RAGER, | : | CIVIL ACTION NO. 3:17-cv-0649 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| P. SMITH, et al., | : | |
| Defendants | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 26th day of January 2018, upon consideration of the motion (Doc. 23) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed on behalf of defendants Bureau of Health Care Services, Mataloni, and Smith, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. Defendants' motion (Doc. 23) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED.

2. The Clerk of Court shall NOTE on the docket that these defendants are TERMINATED.

4. Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court