IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD RAY RAGER, | : | CIVIL ACTION NO. 3:17-cv-0649 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| P. SMITH, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, to wit, this 3rd day of July 2018, upon consideration of Defendants' motion (Doc. 43) to dismiss, and Plaintiff's motion (Doc. 57) for a preliminary injunction, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. Defendants' motion (Doc. 43) to dismiss is GRANTED. Plaintiff's complaint is DISMISSED in its entirety.

2. Plaintiff's motion (Doc. 57) for a preliminary injunction is DENIED.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this Order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY
United States District Court**